BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CHRISTINA ANDERSON, | 1:12-cv-1409-LJO-BAM |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The undersigned has four federal court briefing and filing deadlines between today and May 13, 2013, and pre-approved leave on May 10, 2013, also impacts this briefing schedule. Counsel for the Commissioner requires additional time in order to respond to Plaintiff's arguments. The current date is May 13, 2013. The new due date will be June 12, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: May 7, 2013                  /s/ *Sengthiene Bosavanh*\*
                                   SENGTHIENE BOSAVANH
                                   Milam Law
                                   (\* by email authorization on 5/7/13)
                                   Attorney for Plaintiff
                                   BENJAMIN B. WAGNER
                                   United States Attorney
                                   GRACE M. KIM
                                   Regional Chief Counsel, Region IX

                                   /s/ *Cynthia B. De Nardi*
                                   CYNTHIA B. DE NARDI
                                   Attorneys for Defendant

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including June 12, 2013, in which to file a response to plaintiff's motion for summary judgment. All other deadlines set forth in the August 29, 2012 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **May 8, 2013**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE