1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM, SBN IL 6203390
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105-2102
        Telephone: (415) 977-8961
6       Facsimile: (415) 744-0134
        Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
8
                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10                           **FRESNO DIVISION**

11

12 CHRISTINA ANDERSON,              )   1:12-cv-1409-LJO-BAM
                                    )
13         Plaintiff,                )   **STIPULATION AND ORDER FOR**
                                    )   **A FIRST EXTENSION OF 30 DAYS**
14      vs.                          )   **FOR DEFENDANT TO RESPOND**
                                    )   **TO PLAINTIFF'S OPENING BRIEF**
15 MICHAEL J. ASTRUE,                )
   Commissioner of Social Security, )
16                                   )
           Defendant.                )
17 _____  )

18
        The parties hereby stipulate by counsel, with the Court's approval as
19
   indicated by issuance of the attached Order, that Defendant shall have a first
20
   extension of time of 30 days to respond to Plaintiff's motion for summary
21
   judgment. The undersigned has four federal court briefing and filing deadlines
22
   between today and May 13, 2013, and pre-approved leave on May 10, 2013, also
23
   impacts this briefing schedule. Counsel for the Commissioner requires additional
24
   time in order to respond to Plaintiff's arguments. The current date is May 13,
25
   2013. The new due date will be June 12, 2013.
26

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date:  May 7, 2013                    /s/ *Sengthiene Bosavanh**
                                            SENGTHIENE BOSAVANH
                                            Milam Law
                                            (* by email authorization on 5/7/13)
                                            Attorney for Plaintiff
                                            BENJAMIN B. WAGNER
                                            United States Attorney
                                            GRACE M. KIM
                                            Regional Chief Counsel, Region IX

                                            /s/ *Cynthia B. De Nardi*
                                            CYNTHIA B. DE NARDI
                                            Attorneys for Defendant

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including June 12, 2013, in which to file a response to plaintiff's motion for summary judgment.  All other deadlines set forth in the August 29, 2012 Case Management Order are modified accordingly.


IT IS SO ORDERED.

   Dated:  **May 8, 2013**                                   /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE